THOMAS J. LAVAN v. STERLING MOTOR TRUCK CO. OF N. Y., INC.— Motion granted. Settle order on notice. Present — Dowling, P J., Merrell, Finch, McAvoy and Sherman, JJ.

FLORENCE JANE FOREMAN v. WINFIELD A. FOREMAN.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

DAVID BRENNER and Another v. TIFFANY ARMS REALTY CORPORATION.— Motion granted on condition that the usual undertaking be given. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of SAMUEL M. GOLDBERG, an Attorney.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of SAMUEL SELIGSOHN, an Attorney.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JAMES MILLER v. OTIS ELEVATOR COMPANY and Others.— Motion granted, with ten dollars costs, unless appellants procure appellants' points to be filed on or before January 30, 1931. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of HENBURN HOUSING CORPORATION, Appellant, for an Order Directing that Arbitration Proceed between Said HENBURN HOUSING CORPORATION and NATHAN HALPERIN, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ABRAHAM M. ELLIS and MAXWELL ELLIS, Copartners, etc., Respondents, v. HENRY R. BERNDT, Trading, etc., Defendant, Impleaded with MORITZ WORMSER and JACOB L. FRANKEL, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

CZARNIKOW-RIONDA COMPANY, Plaintiff, v. FEDERAL SUGAR REFINING COMPANY, Appellant. (Claim of ERNEST A. BIGELOW, Respondent.) — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

ARTHUR L. GOODWIN, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $5,189.35; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

ERNST WEDEMANN, Appellant, v. UNITED STATES TRUST COMPANY OF NEW YORK, as Administrator, etc., of LEON MICHELSON, Deceased, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

WELCH WALKER, Appellant, v. AGFA ANSCO CORPORATION and ANSCO PHOTO-PRODUCTS, INC., Respondents.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of the evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.